UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DENISE W. DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-292-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M:&R [D.E. 25], ADOPTS the conclusions in the M&R [D.E. 24], DENIES plaintiff's motion for judgment on the pleadings [D.E. 19], GRANTS defendant's motion for judgment on the pleadings [D.E. 21 ], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 19, 2019, and Copies To:**
Jonathan Blair Biser                                         (via CM/ECF electronic notification)
Elisa Donohoe                                                 (via CM/ECF electronic notification)

DATE:                                                                PETER A. MOORE, JR., CLERK
August 19, 2019                                                (By) /s/ Nicole Sellers
                                                                           Deputy Clerk